**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
Nevada State Bar No. 009210
josht@hoflandlaw.com
228 South Fourth Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   2:23-MJ-00676 |
| Plaintiff, | |
| vs. | ORDER   **to Vacate Status Check and Close Case** |
| NATHAN ANDREW BROWN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Skylar Pearson, Assistant United States Attorney, counsel for the United States of America, and Joshua Tomsheck, Esq., of HOFLAND & TOMSHECK, counsel for Defendant, Nathan Andrew Brown, that the Defendant has completed all obligations imposed by this Court and the parties are in agreement to jointly request the August 9, 2024 date be vacated and the case be closed.

This stipulation is entered into for the following reasons:

1.    The Defendant completed counseling that met the requirements of the plea in this matter.

2.    The Defendant paid the $1,000.00 fine and $10.00 assessment fee to the US District Court on July 8, 2024.

HOFLAND & TOMSHECK
228 South Fourth Street, 1st Floor
Las Vegas NV 89101
PH: (702) 895-6760 ◇ FAX: (702) 731-6910

1

3.      The Defendant remained away from Lake Mead Recreational Area for the six-month period.

4.      The parties agree that the Defendant has completed the requirements of the plea and request that the August 9, 2024 status check date be vacated and the case be closed.

DATED this 2nd day of August, 2024.

Respectfully submitted,

HOFLAND & TOMSHECK                          JASON M. FRIERSON
                                            United States Attorney

/s/ Joshua Tomsheck                         /s/ Skylar Pearson
JOSHUA TOMSHECK, ESQ.                       SKYLAR PEARSON
Counsel for Defendant                       Assistant United States Attorney

**HOFLAND & TOMSHECK**
228 South Fourth Street, 1st Floor
Las Vegas NV 89101
PH: (702) 895-6760 ◊ FAX: (702) 731-6910



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

                Plaintiff,

      vs.

NATHAN ANDREW BROWN,

                Defendant.

Case No.  2:23-mj-00676-DJA

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      The Defendant completed counseling that met the requirements of the plea in this matter.

2.      The Defendant paid the $1,000.00 fine and $10.00 assessment fee to the US District Court on July 8, 2024.

3.      The Defendant remained away from Lake Mead Recreational Area for the six-month period.

4.      The parties agree that the Defendant has completed the requirements of the plea and request that the August 9, 2024 status check date be vacated and the case be closed.

/ / /

/ / /

/ / /

/ / /

HOFLAND & TOMSHECK
228 South Fourth Street, 1st Floor
Las Vegas NV 89101
PH: (702) 895-6760 ◇ FAX: (702) 731-6910

3

**ORDER**

IT IS ORDERED that the Status Check Hearing currently scheduled for August 9,

2024 be vacated and this case be closed.

DATED this _6th_ day of August, 2024.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

HOFLAND & TOMSHECK
228 South Fourth Street, 1st Floor
Las Vegas NV 89101
PH: (702) 895-6760 ◊ FAX: (702) 731-6910